**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 26-cv-0276-WJM-TPO

JOSE PEDRO AARON ALVAREZ HERNANDEZ,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden
of the Denver Contract Detention Facility, *et al*.

      Respondents.

---

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND
SETTING BRIEFING SCHEDULE**

---

Before the Court is Petitioner Jose Pedro Aaron Alvarez Hernandez's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1), and Motion for Temporary Restraining Order and/or Preliminary Injunction ("Motion") (ECF No. 3).

Upon review of the Petition, it is ORDERED that Petitioner shall serve Respondents Juan Baltazar, in his official capacity as Warden of the Denver Contract Detention Facility; Robert Hagan, in his official capacity as Field Office Director of the Denver Field Office of U.S. Immigration & Customs Enforcement ("ICE"); Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security; Todd Lyons, in his official capacity as Acting Director of ICE; and Pamela Bondi, in her official capacity as Attorney General of the United States Department of Justice, with a copy of the Petition, the Motion, and all accompanying papers, along with a copy of this Order, by both e-mail and overnight mail, on or before **January 27, 2026**.

Petitioner shall forthwith file proof of such service on the docket, and counsel for Respondents shall forthwith thereafter enter their notices of appearance.

The Court further ORDERS Respondents to Show Cause why both the Petition and the Motion should not be granted by no later than **February 2, 2026**. Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

Dated this 23rd day of January, 2026.

BY THE COURT:

_____

William J. Martinez
Senior United States District Judge

2