**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 26-cv-00276-WJM-TPO

JOSE PEDRO AARON ALVAREZ HERNANDEZ,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden of the Denver Contract Detention Facility,
ROBERT HAGAN, in his official capacity as Field Office Director, Denver Field Office of U.S. Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary of U.S. Department of Homeland Security,
TODD LYONS, in his official capacity as the Acting Director of U.S. Immigration and Customs Enforcement, and
PAM BONDI, in her official capacity as the Attorney General for the U.S. Department of Justice,

      Respondents.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Granting Petition for Writ of Habeas Corpus [ECF 17] entered by United States District Judge William J. Martinez on February 5, 2026, it is

ORDERED that Petitioner's Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. 2241 [ECF 1] is GRANTED. It is further

ORDERED that Petitioner shall have his costs in compliance with Local Rule 54.1. It is further

ORDERED that should the Petitioner believe he has a good faith basis to seek attorney fees pursuant to the Equal Access to Justice Act, he is GRANTED leave to file a motion seeking same.

This case will be closed.

DATED at Denver, Colorado, this 19th day of February, 2026.

FOR THE COURT:

Jeffrey P. Colwell, Clerk


By:  s/C. Pearson,
     Deputy Clerk